UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-M-1438-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Markeese J. White** | ) | |

On July 13, 2010, defendant Markeese J. White appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, and, pursuant to a plea of guilty to Simple Assault, in violation of 18 U.S.C. § 113(a)(5), was sentenced to a six-month term of probation.

From evidence presented at the revocation hearing on December 10, 2010, the court finds as a fact that Markeese J. White, who appeared before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. The offender has absconded from supervision.
2. Failure to notify the probation officer ten days prior to any change in employment.
3. Failure to submit truthful and complete written reports within the first five days of each month.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of six months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 13th day of December, 2010.

James E. Gates
U.S. Magistrate Judge